(No. 74-CC-112 )

PFIZER INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 17, 1973.*

PFIZER INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-126 )

AERO MAYFLOWER TRANSIT CO., INC., Claimant, *vs.* STATE OF ILLINOIS, BUREAU OF THE BUDGET, Respondent.

*Opinion filed December 17, 1973.*

AERO MAYFLOWER TRANSIT CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.